In the Matter of the Probate of the Will of JAMES A. BATEH, Deceased. MARGARET BATEH et al., Infants, by CYRIL J. REDMOND, Their Special Guardian, Appellants; ALBERT J. BATEH, an Infant, by JACOB GOLDBERG, His Special Guardian, et al., Respondents.— In a proceeding to construe the trust provisions of a will, decree of the Surrogate's Court, Kings County, insofar as appeal is taken, unanimously affirmed, with costs to all parties filing briefs, payable out of the estate. No opinion. Present — Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

■

In the Matter of ROSE EDELMAN, Respondent, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Appellant.— Proceeding pursuant to article 78 of the Civil Practice Act to review a determination of the State Rent Administrator denying petitioner's application for a certificate of eviction. The Administrator appeals from an order annulling his determination and directing the issuance of a certificate. Order unanimously affirmed, without costs. There is nothing in this record to indicate that the petitioner did not in good faith buy the house to obtain possession of the second floor apartment for her own use, or that an unlawful or immoral motive induced her to improve the first floor apartment to increase her income. (Cf. *Matter of Rosenbluth* v. *Finkelstein*, 300 N. Y. 402.) Present — Carswell, Acting P. J., Johnston, Adel, MacCrate and Schmidt, JJ.

■

In the Matter of the Probate of the Will of ELIZABETH RHODES, Deceased. JOHN A. WOLF, Appellant; HERMAN WOLF, Respondent.— In a contested probate proceeding, proponent appeals from a decree of the Surrogate's Court, Kings County, denying probate, entered upon a verdict that the propounded will was executed as the result of fraud and undue influence. Decree reversed on the law and the facts, with costs to appellant, payable out of the estate, and matter remitted to the Surrogate's Court for entry of a decree admitting the will to probate. The evidence was insufficient to present a question of fact as to whether the will was executed as a result of fraud and undue influence. Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ., concur.

■

In the Matter of GERARD WUTTKE, Respondent, against CORNELIUS O'CONNOR as Manager of the Building Department of the Town of North Hempstead, Nassau County, Appellant.— Appeal by the manager of the building department of the Town of North Hempstead from a final order in an article 78 proceeding declaring the town building zone ordinance zoning petitioner's property in a residence C zone unconstitutional as to him, and directing appellant to issue a building permit for the erection of a commercial garage and warehouse. Order unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Johnston, Adel, MacCrate and Schmidt, JJ. [See *post*, p. 768.]